**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ELIZABETH RICCHIO, <br><br> Petitioner, <br><br> v. <br><br> LAVELLE PARKER, Warden, et al.,[1] <br><br> Respondents. | Case No. 5:23-cv-01542-MCS-SSC <br><br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is dismissed without prejudice to

---

[1] The current warden having custody over Petitioner is substituted as a Respondent in this action in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

presenting any viable constitutional claim in a civil rights complaint under 42 U.S.C. § 1983.

DATED: August 30, 2024

*[signature: Mark C. Scarsi]*

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2